1  Elliot J. Siegel (Bar No. 286798)
   elliot@kingsiegel.com
2  **KING & SIEGEL LLP**
   724 S. Spring Street, Ste. 201
3  Los Angeles, California 90014
   tel:    (213) 465-4802
4  fax:   (213) 465-4803

5  Navid Barahmand, Esq. (Bar No. 340934)
   **BARAHMAND LAW GROUP**
6  navid@barahmandlaw.com
   7324 Sepulveda Boulevard, Suite B
7  Van Nuys, California 91405
   Phone: (818) 574-3355
8
   Attorneys for Plaintiff and Putative Class
9
   Sophia B. Collins, Bar No. 289318
10 scollins@littler.com
   **LITTLER MENDELSON, P.C.**
11 Treat Towers
   1255 Treat Boulevard, Suite 600
12 Walnut Creek, California 94597
   Telephone: 925.932.2468
13
   Nathaniel H. Jenkins, Bar No. 312067
14 njenkins@littler.com
   **LITTLER MENDELSON, P.C.**
15 500 Capitol Mall, Suite 2000
   Sacramento, California 95814
16 Telephone: 916.830.7200
   Attorneys for Defendant GNC HOLDINGS, LLC
17

18 **UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**

19 **WESTERN DIVISION**

20

| | |
|---|---|
| **Alondra Manzo Espinosa**, individually and on behalf of all similarly situated individuals, | CASE NO. CV 24-9138-GW-SSC |
| Plaintiff, | **ORDER RE: NOTICE OF SETTLEMENT** |
| vs. | |
| **GNC Holdings, LLC**, a California Limited Liability Company; and **Does 1-10**, Inclusive; | Complaint filed: September 17, 2024 |
| Defendants. | |

[PROPOSED] ORDER

**ORDER**

Having reviewed the Parties' Notice of Settlement and Request to Vacate Hearings and Deadlines, and good cause appearing therefore:

IT IS HEREBY ORDERED that:

1. All upcoming hearings, including any status conferences, case management conferences, and motion hearings, are VACATED;
2. All pending deadlines in this action are VACATED;
3. The Parties are ordered to file a Request for Dismissal or a Joint Status Report by noon on July 8, 2025.
4. The Court sets an order to show cause re settlement hearing for July 10, 2025 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: May 8, 2025

_____
HON. GEORGE H. WU,
United States District Judge