JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONDRA MANZO ESPINOSA,<br><br>Plaintiff,<br><br>v.<br><br>GNC HOLDINGS, LLC, et al.,<br><br>Defendants. | Case No. CV 24-9138-GW-SSCx<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 6, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE